UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ARTHUR USHERSON,<br><br>                           Plaintiff,<br><br>- against -<br><br>THIRD MAN RECORDS, LLC<br><br>                           Defendant. | Docket No. 3:20-cv-390 |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned counsel for Plaintiff Arthur Usherson herby moves for admission to appear pro hac vice in this action. I hereby certify that I am a member of good standing of the United States District Court of New York. Attached is a Certificate of Good Standing from that Court. I have not been the subject of any criminal disciplinary proceedings.

                                                                          /s/Richard Liebowitz
                                                                          Richard Liebowitz

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I filed the foregoing document with the Court's CM/ECF system, which is expected to serve a copy on all counsel of record as listed below:

Chris Vlahos
Ritholz Levy Fields
1221 6th Avenue North
Nashville, TN 37208
CVlahos@rlffllp.com

                                                  /s/Richard Liebowitz
                                                  Richard Liebowitz