UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ARTHUR USHERSON,<br><br>                          Plaintiff,<br><br>- against -<br><br>THIRD MAN RECORDS, LLC<br><br>                          Defendant. | Docket No. 3:20-cv-390<br><br>**MOTION TO WITHDRAW PRO HAC VICE APPLICATION** |

Richard Liebowitz hereby withdraws its application to appear pro hac vice. James Wiggington will be counsel for Plaintiff in this action.

/s/richardliebowitz/
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com