IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ARTHUR USHERSON, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:20-cv-00390 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| THIRD MAN RECORDS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff filed a Notice of Settlement (Doc. No. 20), indicating that the parties have settled this matter. Accordingly, the parties shall file, on or before November 13, 2020, a Joint Stipulation of Dismissal.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

1